AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**PAID** DEC 2 1 2015

### SUMMONS IN A CIVIL CASE

FOX VALLEY & VICINITY LABORERS'
HEALTH AND WELFARE FUND, et al.

CASE NUMBER: 15 C 11401

V.

ASSIGNED JUDGE: WILLIAM T. HART

BOSLY CONSTRUCTION, LLC, an Illinois
limited liability company

DESIGNATED
MAGISTRATE JUDGE: SIDNEY I. SCHENKIER

TO: (Name and address of Defendant)

Bosly Construction, LLC
c/o Jasmin J. Bilich, Registered Agent
6242 East Riverside Boulevard
Loves Park, IL 61111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cecilia M. Scanlon
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 216-2577

an answer to the complaint which is herewith served upon you, _____Twenty-one (21)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



December 17, 2015

(By) DEPUTY CLERK          DATE

| Return of Service | Case #: 15C11401 | Internal ID 15-16883 |
|---|---|---|

I, Deputy Gary Magnuson, hereby certify:

I served the attached summons and a copy of the complaint as follows:

on defendant REG AGE-JASMIN BILICH BOSLY CONSTRUCTION LLC, sex M , race W, approx age 26, by leaving a copy of the summons and of the complaint with the defendant personally on Tuesday, December 22, 2015, at the hour of 1:19 PM at 6242 E RIVERSIDE BLVD ROCKFORFD, IL 61111.

Comment: SERVED JASMIN BILICH M/W 26     SERVED HIM AT 510 SOUTH PERRYVILLE ROAD

**Gary Caruana**

Sheriff of Winnebago County

*[signature]*

By **Deputy Gary Magnuson**

Badge # **6558**